IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Spraggins, Lenora | Case Number: 04 B 45488 |
|---|---|---|
| | Spraggins, Ester | Judge: Hollis, Pamela S |
| | Printed: 4/18/06 | Filed: 12/10/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: March 6, 2006
Confirmed: February 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 4,600.00 |  |
| Secured: |  | 3,181.50 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,200.00 |
| Trustee Fee: |  | 218.50 |
| Other Funds: |  | 0.00 |
| Totals: | 4,600.00 | 4,600.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas M Britt PC | Administrative | 1,200.00 | 1,200.00 |
| 2. | GMAC Mortgage Corporation | Secured | 8,238.66 | 3,181.50 |
| 3. | Specialized Management Consultants | Unsecured | 160.80 | 0.00 |
| 4. | Arrow Financial Services | Unsecured | 312.56 | 0.00 |
| 5. | Accounts Receiveable Service | Unsecured | 801.02 | 0.00 |
| 6. | Discover Financial Services | Unsecured | 678.69 | 0.00 |
| 7. | Jefferson Capital | Unsecured | 137.60 | 0.00 |
| 8. | Arrow Financial Services | Unsecured | 140.50 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 1,515.85 | 0.00 |
| 10. | Ford Motor Credit Corporation | Unsecured | 1,691.34 | 0.00 |
| 11. | ECast Settlement Corp | Unsecured | 407.38 | 0.00 |
| 12. | Palisades Acquisition LLC | Unsecured | 59.22 | 0.00 |
| 13. | Citibank | Unsecured |  | No Claim Filed |
| 14. | Bank One | Unsecured |  | No Claim Filed |
| 15. | Capital One | Unsecured |  | No Claim Filed |
| 16. | Capital One | Unsecured |  | No Claim Filed |
| 17. | Capital One | Unsecured |  | No Claim Filed |
| 18. | Capital One | Unsecured |  | No Claim Filed |
| 19. | First USA | Unsecured |  | No Claim Filed |
| 20. | Kmart Corp | Unsecured |  | No Claim Filed |
| 21. | Target | Unsecured |  | No Claim Filed |
| 22. | GA Financial Trust | Unsecured |  | No Claim Filed |
| 23. | Kmart Corp | Unsecured |  | No Claim Filed |
| 24. | Peoples Energy Corp | Unsecured |  | No Claim Filed |
| 25. | Marshall Field & Company | Unsecured |  | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Spraggins, Lenora | Case Number: 04 B 45488 |
|---|---|---|
| | Spraggins, Ester | Judge: Hollis, Pamela S |
| | Printed: 4/18/06 | Filed: 12/10/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 27. | UAC | Unsecured | | No Claim Filed |
| 28. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 29. | Providian | Unsecured | | No Claim Filed |
| 30. | May Department Stores | Unsecured | | No Claim Filed |
| 31. | Providian | Unsecured | | No Claim Filed |

$ 15,343.62    $ 4,381.50

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 89.70 |
| 4% | 36.80 |
| 3% | 41.40 |
| 5.5% | 50.60 |

$ 218.50

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_