IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Spraggins, Lenora | Case Number: 04 B 45488 |
|---|---|---|
| | Spraggins, Ester | Judge: Hollis, Pamela S |
| | Printed: 10/9/07 | Filed: 12/10/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:  Completed:  September 7, 2007
Confirmed:  February 7, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 30,885.52 |  |
| Secured: |  | 8,025.69 |
| Unsecured: |  | 8,159.26 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,120.00 |
| Trustee Fee: |  | 1,000.05 |
| Other Funds: |  | 11,580.52 |
| Totals: | 30,885.52 | 30,885.52 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Thomas M Britt PC | Administrative | 2,120.00 | 2,120.00 |
| 2. | GMAC Mortgage Corporation | Secured | 9,485.12 | 8,025.69 |
| 3. | Arrow Financial Services | Unsecured | 140.50 | 196.11 |
| 4. | Specialized Management Consultants | Unsecured | 160.80 | 224.44 |
| 5. | Discover Financial Services | Unsecured | 678.69 | 947.29 |
| 6. | Accounts Receiveable Service | Unsecured | 801.02 | 1,118.03 |
| 7. | Asset Acceptance | Unsecured | 1,515.85 | 2,115.76 |
| 8. | Jefferson Capital | Unsecured | 137.60 | 192.06 |
| 9. | Arrow Financial Services | Unsecured | 312.56 | 436.26 |
| 10. | Ford Motor Credit Corporation | Unsecured | 1,691.34 | 2,360.70 |
| 11. | ECast Settlement Corp | Unsecured | 407.38 | 568.61 |
| 12. | Palisades Acquisition LLC | Unsecured | 59.22 | 0.00 |
| 13. | Capital One | Unsecured | | No Claim Filed |
| 14. | Bank One | Unsecured | | No Claim Filed |
| 15. | Capital One | Unsecured | | No Claim Filed |
| 16. | Capital One | Unsecured | | No Claim Filed |
| 17. | Capital One | Unsecured | | No Claim Filed |
| 18. | GA Financial Trust | Unsecured | | No Claim Filed |
| 19. | First USA | Unsecured | | No Claim Filed |
| 20. | Citibank | Unsecured | | No Claim Filed |
| 21. | Kmart Corp | Unsecured | | No Claim Filed |
| 22. | Target | Unsecured | | No Claim Filed |
| 23. | Kmart Corp | Unsecured | | No Claim Filed |
| 24. | Providian | Unsecured | | No Claim Filed |
| 25. | Peoples Energy Corp | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Spraggins, Lenora | Case Number: 04 B 45488 |
|---|---|---|
| | Spraggins, Ester | Judge: Hollis, Pamela S |
| | Printed: 10/9/07 | Filed: 12/10/04 |

| | | | | |
|---|---|---|---|---|
| 26. | Portfolio Recovery Associates | Unsecured | | No Claim Filed |
| 27. | Sears Roebuck & Co | Unsecured | | No Claim Filed |
| 28. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 29. | UAC | Unsecured | | No Claim Filed |
| 30. | Providian | Unsecured | | No Claim Filed |
| 31. | May Department Stores | Unsecured | | No Claim Filed |

$ 17,510.08     $ 18,304.95

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 89.70 |
| 4% | 36.80 |
| 3% | 41.40 |
| 5.5% | 194.43 |
| 5% | 47.24 |
| 4.8% | 90.72 |
| 5.4% | 499.76 |
| | $ 1,000.05 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_